### In re Charles D. HUSTON and Darryl J. Cornish.

#### No. 02–1194.

United States Court of Appeals, Federal Circuit.

Jan. 29, 2003.

ON MOTION

#### *ORDER*

Upon consideration of the unopposed motion of Charles D. Huston and Darryl J. Cornish to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.